# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**INHANGUARA MARINHO DOS SANTOS,**

    **Plaintiff,**

**-vs-**              **Case No. 6:10-cv-1947-Orl-28KRS**

**GREGG APPLIANCES, INC., an Indiana Corporation; RLM TRUCKS CARRIER INC., a Florida corporation; SPIRIT DELIVERY & DISTRIBUTION SERVICES INC., a Florida corporation,**

    **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 72) filed October 25, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 1, 2012 (Doc. No. 75) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. The Joint Motion for Approval of Settlement (Doc. No. 72) is **GRANTED**.

    4.      Counsel for Plaintiff is prohibited from withholding any portion of the $5,900.00 payable to Plaintiff under the settlement pursuant to a contingent fee agreement or otherwise.

    5.      Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

    6.      This case is dismissed with prejudice.

    7.      The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of November, 2012.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record